**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 12-7564**

———

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

GERALD H. HOLAS, JR.,

               Defendant - Appellant.

———

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., Chief District Judge.  (3:08-cr-00157-RJC-1)

———

Submitted:  January 10, 2013      Decided:  January 14, 2013

———

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Anthony Glen Scheer, RAWLS, SCHEER, FOSTER & MINGO, PLLC, Charlotte, North Carolina, for Appellant.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald H. Holas, Jr. appeals the district court's order granting in part Holas' 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Holas</u>, No. 3:08-cr-00157-RJC-1 (W.D.N.C. Sept. 4, 2012). We deny Holas' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>